UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DAVID PERCIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | No. 2:14-cv-02899-JAM-AC<br><br><br>ORDER |

　　　　On December 12, 2014, plaintiff filed a complaint against defendant Safeco Insurance Company of America. ECF No. 1. On December 30, 2014, the parties filed a stipulation extending defendant's deadline to file a responsive pleading from January 5, 2015, to January 20, 2015.[1] ECF No. 5. Accordingly, good cause appearing, IT IS HEREBY ORDERED that defendant shall file its responsive pleading on or before January 20, 2015.

DATED: December 30, 2014

　　　　　　　　　　　　　　　　　　/s/ Allison Claire
　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff neglected to file an affidavit informing the court that he properly served defendant, as required by Federal Rule of Civil Procedure 4(l). Nevertheless, failure to file an affidavit with the court establishing proper service does not affect the validity of that service. Fed. R. Civ. P. 4(l)(3).

1