UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DAVID PERCIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | No. 2:14-cv-02899-JAM-AC<br><br><br>ORDER |

　　　　Pending before the court is pro se plaintiff's request for electronic document submission. ECF No. 7. Although the Eastern District of California is an electronic management/filing district, unrepresented persons are required to file and serve paper documents unless the assigned Judge or Magistrate Judge grants leave to utilize electronic filing. Local Rule 133(a) & (b)(2). A request to use electronic filing as an exception to the rule may be made as a written motion setting out an explanation of reasons for the requested exception. Id. 133(b)(3). Here, the pro se plaintiff has filed a written motion in which he requests access to the court's electronic filing system. ECF No. 7. However, plaintiff does not set out any reasons for requesting permission to use electronic filing, nor is it clear whether plaintiff has acquainted himself with the requirements applicable to electronic filing in this court and is aware of the hardware and software needed for electronic filing.

1

1 | Accordingly, IT IS HEREBY ORDERED that plaintiff shall file, within ten days after this
2 | order is served, a declaration in support of his December 29, 2014, request for permission to use
3 | the court's electronic filing system.
4 | DATED: January 6, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE