UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DAVID PERCIN,<br><br>        Plaintiff,<br><br>    v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, et al.,<br><br>        Defendants. | No. 2:14-cv-02899 JAM AC PS<br><br><br><br>ORDER |

      Pending before the court is pro se plaintiff's request for electronic document submission. ECF No. 7. On January 7, 2015, the court ordered plaintiff to file a declaration in support of his request within ten days. ECF No. 10; see E.D. Cal. R. ("Loc. R.") 133(b)(3). Plaintiff has not filed the required declaration.

      Accordingly, IT IS HEREBY ORDERED that plaintiff's request (ECF No. 7), is DENIED without prejudice to its re-filing in proper form and in accordance with Loc. R. 133.

DATED: January 27, 2015

                                      */s/ Allison Claire*<br>
                                      ALLISON CLAIRE<br>
                                      UNITED STATES MAGISTRATE JUDGE