UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DAVID PERCIN, | No. 2:14-cv-2899 JAM AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| SAFECO INSURANCE COMPANY OF AMERICA, et al., | |
| Defendants. | |

The parties have stipulated to have this matter referred to the court's Voluntary Dispute Resolution Program ("VDRP"), pursuant to E.D. Cal. R. ("Local Rule") 271. See ECF No. 17. However, the VDRP procedures are not generally used where, as here, a party is proceeding pro se. See Local Rule 271(a)(2) (VDRP rule "presumptively applies to all civil actions" except "actions in which one of the parties is appearing pro se").

Accordingly, the court will not approve the stipulation. Instead, the scheduled status conference, scheduled for May 20, 2015, at 10:00 a.m., will go forward. The parties shall be

////
////
////
////

1

1 prepared to discuss at that conference the possibility of an early settlement conference before a
2 magistrate judge.
3      IT IS SO ORDERED.
4 DATED: May 6, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2